Opinion filed July 6, 2007












 
 
  
 
 







 
 
  
 
 




Opinion filed July 6, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00168-CR 

                                                    __________

 

                                  IN RE BILLY WAYNE WILLIAMS

 



 

                                               Original Proceeding

 



 

                                                                   O
P I N I O N

Billy
Wayne Williams has filed a pro se request for certain records from his appeal
in Cause No. 11-83-00222-CR.  We note
that this court has previously supplied these records to Williams.  The request is therefore dismissed as moot.

 

PER
CURIAM

 

July 6, 2007

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.